|   |   |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
|   | United States Attorney |
| 2 |   |
| 3 | MIRANDA KANE (CABN 150630) |
|   | Chief, Criminal Division |
| 4 | CAROLYNE ARANGO SANIN (DCBN 499564) |
|   | Special Assistant United States Attorney |
| 5 | 150 South Almaden Boulevard, Suite 900 |
|   | San Jose, California 95113 |
| 6 | Telephone: (408) 535-5596 |
|   | Facsimile: (408) 535-5066 |
| 7 | carolyne.sanin@usdoj.gov |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00363-DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] |
|   | ) | ORDER CONTINUING SENTENCING |
| v. | ) | HEARING DATE |
|   | ) |   |
| MANUEL GUERRERO-JASSO | ) |   |
| Defendant. | ) |   |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for May 17, 2012 at 9am be continued and rescheduled for May 31, 2012 at 9am.  The parties by and through their counsel of record, hereby stipulate to the following:  The parties have jointly agreed that the current sentencing hearing date of May 17, 2012 at 9am be continued until May 31, 2012 at 9am.

The reason for this continuance is that government counsel is seeking the plea colloquy transcript from the defendant's February 2, 2012 change of plea hearing in this matter.  Defense counsel is contending that the defendant may not be sentenced to more than the statutory maximum of 24 months pursuant to 8 U.S.C. Section 1326(a) because the defendant did not

1

admit the date of his deportation at his change of plea hearing.  See Defendant's May, 10, 2012 Sentencing Memorandum Doc. No. 24.   The government requires additional time to obtain and review the plea colloquy transcript to determine whether the defendant admitted the date of his deportation.

   Probation Officer Connie Cook has been notified of this request and has no objections to the continuance.   The government may submit its sentencing memorandum on or by May 24, 2012.

It is so stipulated.

DATED: May 11, 2012                              MELINDA HAAG
                                                 United States Attorney


                                                 ____/s/_____
                                                 CAROLYNE A. SANIN
                                                 Special Assistant United States Attorney



                                                 ____/s/_____
                                                 CYNTHIA LIE
                                                 Attorney for Defendant



**[] ORDER**

   Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that date set for the sentencing hearing of the defendant in above-entitled case be continued from May 17, 2012 at 9am and be rescheduled for May 31, 2012 at 9am.  The sentencing memorandum date shall be extended to May 24, 2012.

IT IS SO ORDERED.

DATED:  ÍĐÍĐG                                    _____
                                                 D. LOWELL JENSEN
                                                 UNITED STATES DISTRICT JUDGE